George W. Maxwell, appellee, v. J. W. Howard, appellant.

Assumpsit to recover under contract for purchase and sale of horses. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Dan McGlynn and Kramer, Kramer & Campbell, for appellant. Virgil Rule, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

Nellie Boyd, defendant in error, v. Everett E. Jett, plaintiff in error.

Action to recover for personal injuries sustained by fall. Judgment for plaintiff. Error to the City Court of East St. Louis; the Hon. Wilton M. Vandeventer, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

T. M. Webb, for plaintiff in error. William P. Launtz and Edgar P. Holly, for defendant in error.

Mr. Justice Eagleton delivered the opinion of the court.

---

Blanche Dare, v. Erber Amusement Company et al. Leo J. Scherrer, plaintiff in error, v. Erber Amusement Company et al., defendants in error. P. W. Haberman, trustee, plaintiff in error, v. Leo J. Scherrer et al., defendants in error.

Bills for accounting and appointment of receiver, and intervening petition. Decree confirming report of master. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

Charles P. Wise and Charles W. Bates, for plaintiffs in error. T. M. Webb and Kramer, Kramer & Campbell, for defendants in error.

Mr. Justice Eagleton delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joe Kuca, plaintiff in error.

Prosecution for illegal sale of intoxicating liquor in anti-saloon territory. Judgment of guilty. Error to the County Court of